UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                    CASE NO.: 6:13-bk-08687-ABB
                                          Chapter No.: 13

Panfilo N. Figueira
Deborah S. Figueira
Debtor (s)

_____/

_____ Chapter 13 Plan          __X___ Amended Chapter 13 Plan

COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the debtor (s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the chapter 13 Standing Trustee:

Plan payments

| Payment Number by months | Amount of Monthly Plan Payment |
|---|---|
| 1  – 3    (August 14th, 2013 – October 14th, 2013) | $1,280.00 |
| 4 -  60  (November 14th, 2013 - July 14th, 2018) | $1,400.00 |

The Debtor (s) shall mail a money order or cashier's check or wage deduction, to Laurie K. Weatherford, Chapter13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

Attorney's fees

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| **Priority Claims** | | | |
| Astrid Vellon | $2,500.00 | | |
| Maintenance Fee | $50.00 | | 10 – 60 |
| | | $83.34 | 1 – 60 |

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Laurie K. Weatherford, Trustee 10% | | | 1 - 60 |

**Secured Claims**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Number |
|---|---|---|---|
| Select Portfolio Servicing, Inc. | $359,442.70 | $688.51 08/01/2013 | 1 - 3 |
| | | $1,140.47 11/01/2013 | 4 – 60 |

**Secured Arrears**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Select Portfolio Servicing, Inc. | $89,603.47 | Loan Modification in process | |

Secured Gap Payments

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Select Portfolio Servicing, Inc. | $1,140.47 | $28.52 | 21 – 60 |

Property **to be surrendered:**

**Creditor Name:**
**Property Address:**

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|

**The following Executory Contracts are assumed:**

| Name of Creditor: | Description of Collateral: | Payment Month Numbers: |
|---|---|---|
| N/A | | |

**The following Executory Contracts are rejected:**

| Name of Creditor: | Description of Collateral: |
|---|---|
| N/A | |

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.  Approximate percentage: _____-%

## Certificate of Service

I/We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor (s) was furnished by United States mail, postage prepaid, to all creditors and parties in interest as listed on the Court's Matrix as attached, this December 4, 2013.

_____
Debtor's Signature

_____
Debtor's Signature

/s/ Astrid Vellon, Esq.

_____
Astrid Vellon, Esq.
1500 S. Semoran Blvd.
Orlando, Florida 32807
Tel. (407) 207-8060
Fax. (407) 207-0660
Florida Bar Number: 0159141
Attorney for Debtors

| filing date | 7/15/2013 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1st pmt date | 8/14/2013 | | | | 10.0% | Mtg | att fees | gap |
| | Unsecured | | 60 | Debtor Pmt | Tee Fee | | | |
| plan term | 60 | | | | | | | |
| 8/14/2013 | 1 | $380.15 | | $1,280.00 | $128.00 | $688.51 | $83.34 | |
| 9/14/2013 | 2 | $380.15 | | $1,280.00 | $128.00 | $688.51 | $83.34 | |
| 10/14/2013 | 3 | $380.15 | 3 at | $1,280.00 | $128.00 | $688.51 | $83.34 | |
| 11/14/2013 | 4 | $36.19 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | |
| 12/14/2013 | 5 | $36.19 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | |
| 1/14/2014 | 6 | $36.19 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | |
| 2/14/2014 | 7 | $36.19 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | |
| 3/14/2014 | 8 | $36.19 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | |
| 4/14/2014 | 9 | $36.19 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | |
| 5/14/2014 | 10 | $36.19 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | |
| 6/14/2014 | 11 | $36.19 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | |
| 7/14/2014 | 12 | $36.19 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | |
| 8/14/2014 | 13 | $36.19 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | |
| 9/14/2014 | 14 | $36.19 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | |
| 10/14/2014 | 15 | $36.19 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | |
| 11/14/2014 | 16 | $36.19 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | |
| 12/14/2014 | 17 | $36.19 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | |
| 1/14/2015 | 18 | $36.19 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | |
| 2/14/2015 | 19 | $36.19 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | |
| 3/14/2015 | 20 | $36.19 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $0.00 |
| 4/14/2015 | 21 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 5/14/2015 | 22 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 6/14/2015 | 23 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 7/14/2015 | 24 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 8/14/2015 | 25 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 9/14/2015 | 26 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 10/14/2015 | 27 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 11/14/2015 | 28 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 12/14/2015 | 29 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 1/14/2016 | 30 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 2/14/2016 | 31 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 3/14/2016 | 32 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 4/14/2016 | 33 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 5/14/2016 | 34 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 6/14/2016 | 35 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 7/14/2016 | 36 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 8/14/2016 | 37 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 9/14/2016 | 38 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 10/14/2016 | 39 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 11/14/2016 | 40 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 12/14/2016 | 41 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 1/14/2017 | 42 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 2/14/2017 | 43 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 3/14/2017 | 44 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 4/14/2017 | 45 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 5/14/2017 | 46 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 6/14/2017 | 47 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 7/14/2017 | 48 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 8/14/2017 | 49 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 9/14/2017 | 50 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 10/14/2017 | 51 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 11/14/2017 | 52 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 12/14/2017 | 53 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 1/14/2018 | 54 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 2/14/2018 | 55 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 3/14/2018 | 56 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 4/14/2018 | 57 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 5/14/2018 | 58 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 6/14/2018 | 59 | $7.67 | | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| 7/14/2018 | 60 | $7.67 | 57 at | $1,400.00 | $140.00 | $1,140.47 | $83.34 | $28.52 |
| receiving | | $2,062.48 | | $83,640.00 | $8,364.00 | $67,072.32 | $5,000.40 | $1,140.80 |
| total unsec. | | #DIV/0! | | | | | | |

Label Matrix for local noticing
113A-6
Case 6:13-bk-08687-ABB
Middle District of Florida
Orlando
Wed Dec  4 16:43:53 EST 2013

Deborah S. Figueira
145 Summit Ash Way
Apopka, FL 32703-4869

Panfilo N. Figueira
145 Summit Ash Way
Apopka, FL 32703-4869

Select Portfolio Servicing Inc.
Choice Legal Group, PA
1800 NW 49th St. Ste 120
Ft. Lauderdale, Fl 33309-3092

Wells Fargo Bank, National Association
Kahane & Associates, P.A.
8201 Peters Road
Ste 3000
Plantation, FL 33324-3292

ANTIO, LLC
C O Weinstein And Riley, PS
2001 Western Avenue, Ste 400
Seattle, Wa 98121-3132

Adventis
900 Hope Way
Altamonte Springs, FL 32714-9000

Albertelli Law
PO Box 23028
Tampa, FL 33623-2028

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK  73126-8941

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

Bankunited
7815 Nw 148th St
Miami Lakes, FL 33016-1554

Capital One, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Chase
Po Box 15298
Wilmington, DE 19850-5298

Choice Leagl Group, PA
1800 NW 49th Street
Suite 120
Fort Lauderdale, FL 33309-3092

Citi
Po Box 6497
Sioux Falls, SD 57117-6497

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Goldkey Cred
625 Us Hwy, 1  Suite 102
Key West, FL 33040-5603

Gulf Coast Collection
5630 Marquesas Cir
Sarasota, FL 34233-3331

HSFinancial LLC
PO Box 451193
Westlake Ohio 44145-0630

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

LVNV Funding, LLC its successors and assigns
assignee of Arrow Financial Services,
LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Medicredit
190 Carondelet Plaza
Suite 1590
Saint Louis, MO 63105-3444

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Nat Asset
400 Rouser Road Suite 202
Moon Township, PA 15108-2749

Orange County Tax Collector
Attn:  Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

SELECT PORTFOLIO SERVICING, INC.
3815 SOUTH WEST TEMPLE
SALT LAKE CITY, UT 84115-4412

Sears/Cbna
Po Box 6282
Sioux Falls, SD 57117-6282

Thd/Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

Astrid M Vellon +
The Law Offices of Astrid Vellon PA
1500 South Semoran Boulevard
Orlando, FL 32807-2920

Scott R Weiss +
Choice Legal Group, PA
1800 NW 49th Street, Ste 120
Ft. Lauderdale, FL 33309-3092

United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2217

Marc G Granger +
Kahane & Associates, PA
8201 Peters Rd, Ste 3000
Plantation, FL 33324-3292

Antonio Alonso +
Choice Legal Group, PA
1800 NW 49th Street
Suite 120
Fort Lauderdale, FL 33309-3092

Gavin Stewart +
Albertelli Law
PO Box 23028
Tampa, FL 33623-2028

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance
Po Box 1027
Alpharetta, GA 30009

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BankUnited, N.A.

End of Label Matrix
Mailable recipients    36
Bypassed recipients     1
Total                  37